**FILED**

03/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0685

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 19-0685

LEROY L. PANASUK, KAREN S. PANASUK, JASON A. PANASUK, and RYAN L. PANASUK,

Plaintiffs/Appellee,

-vs-

OASIS PETROLEUM NORTH AMERICA, LLC,

Defendant/Appellant.

---

**ORDER TO DISMISS**

---

Brandon Hoskins
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
PO Box 2559
Billings, MT  59103-2559
(406) 248-7731
Brandon.Hoskins@moultonbellingham.com

*Attorneys for Appellant*

Daniel B. Bidegaray
BIDEGARAY LAW FIRM
104 East Main Street, Suite 305
Bozeman, MT  59715
(406) 522-7744
daniel@bidegaraylawfirm.com

*Attorneys for Appellee*

1

Pursuant to Defendant-Appellant Oasis Petroleum North America, LLC's, ("Oasis") Motion to Dismiss, Rule 16(4), Mont. R. App. P., and good cause appearing;

IT IS HEREBY ORDERED that this case be dismissed.

4810-4059-7431, v. 1

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2020